Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
Mark P. Estrella (SBN 187091)
MEstrella@InitiativeLegal.com
Sang Park (SBN 232956)
SPark@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:    (310) 861-9051

Attorneys for Plaintiff Jennifer Meints

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MEINTS, individually, and on behalf of other members of the general public similarly situated,<br><br>              Plaintiff,<br><br>       vs.<br><br>REGIS CORPORATION, a Minnesota Corporation,<br><br>              Defendant. | Case No.:  09-CV-2061 WQH (CAB)<br><br>CLASS ACTION<br><br>**PLAINTIFF JENNIFER MEINTS' REPORT REGARDING STATUS OF** *MOOK V. REGIS CORPORATION* |

## I.     INTRODUCTION

On September 21, 2009, Plaintiff Jennifer Meints ("Plaintiff") filed her class action complaint alleging that Defendant Regis Corporation ("Defendant" or "Regis") failed to pay her and its employees all wages due to them, including overtime, meal and rest period premiums, incurred business expenses, and minimum wage; and, that Defendant failed to timely pay wages, and issue wage statements in full compliance with California Labor Code § 226(a).

On December 1, 2009, Defendant filed its Motion to Stay Proceedings pending the resolution of the *Carmela Lopez and Cory James Mook v. Regis Corporation*, Case No. 08-CV-98221 ("*Lopez/Mook* matter").  In its motion, Defendant stated that the parties in the *Lopez/Mook* matter reached a proposed $2.5 million settlement agreement in early September 2009, and that they agreed to certify a class comprised of approximately 3,200 current and former employees of various Regis divisions for the purpose of settlement.  Defendant argued for a stay, under the "first-to-file" doctrine, until the Lopez/Mook matter was finally resolved.  On February 16, 2010, the Court granted Defendant's motion to stay proceedings.

On February 8, 2010, Judge Gary Klausner of the Central District denied Lopez/Mook's motion for conditional certification of proposed class action for settlement purposes because it was untimely pursuant to the Central District Local Rule 23-3.  Also, Judge Klausner found that the terms of the preliminary settlement agreement were not fair, reasonable and adequate to the class members.

On February 18, 2010, the court denied Lopez/Mook parties' request to continue the March 30, 2010 trial date.  Then, on March 22, 2010, the court ordered the *Lopez* matter dismissed.  At that time, Plaintiff learned that Regis agreed to again mediate with Mook and with plaintiffs in three other pending actions—Luiza Manukyan, Blanca Bonilla and Jessica Raymundo et al. ("Settling Plaintiffs")—with the goal of reaching a global settlement of all claims as alleged in their respective operative complaints.

1  On April 13, 2010, all parties convened in front of Judge Ronald Bauer of
2  Orange County Superior Court for a hearing on Plaintiff Mook's *ex parte* application
3  regarding mediation. Judge Bauer ordered the parties, including Plaintiff, to
4  mediation. On April 19, 2010, Regis filed its motion to renew stay pending the
5  outcome of a settlement in *Mook*.

6  On May 10, 2010, Defendant again mediated, and again reached a tentative
7  settlement with Plaintiffs Mook, Bonilla and Raymundo. On July 1, 2010, Judge
8  Bauer granted preliminary approval of the class settlement in *Mook*.

9  On August 2, 2010, the Court granted Regis motion to renew stay. The Court
10 ordered the case stayed until October 25 2010, and, for the parties to submit a report
11 regarding the status of *Mook v. Regis Corp.* at that time. Also, the Court stated that
12 any request for a further stay beyond October 25, 2010 shall be filed as a new motion.

## II.   STATUS OF *MOOK V. REGIS*

14 On October 25, 2010, a status conference was held before Judge Bauer of
15 Orange County Superior Court in the *Mook* matter. At the hearing, Judge Bauer set the
16 following dates relevant to the final approval of class settlement in *Mook*:

17 • Mook's motion for final approval to be filed by November 1, 2010
18 • Opposition to Mook's motion for final approval to be filed by November 8, 2010
19 • Reply ISO Mook's motion for final approval to be filed by November 15, 2010
20 • Hearing on Mook's motion for final approval November 22, 2010

Dated:  October 25, 2010                    Respectfully submitted,

Initiative Legal Group APC

By: /s/ Sang Park
    Miriam L. Schimmel
    Mark P. Estrella
    Sang Park

    Attorneys for Plaintiff Jennifer Meints

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles.  I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is: Initiative Legal Group APC, 1800 Century Park East, Second Floor, Los Angeles, California 90067.

On October 25, 2010, I caused the following documents:

**PLAINTIFF JENNIFER MEINTS' REPORT REGARDING STATUS OF *MOOK V. REGIS CORPORATION***

to be electronically filed with the Clerk of the Court through the Court's CM/ECF system.  It is my understanding that the CM/ECF system will automatically send a "Notice of Electronic Filing" to the registered users in the case and that the "Notice of Electronic Filing" will constitute service of the above-listed document(s) on the following:

EMAIL ADDRESS: arosenthal@littler.com; jlandry@littler.com
Adam R. Rosenthal
Jody A. Landry
Littler Mendelson
501 West Broadway, Suite 900
San Diego, CA 92101
Tel: (619) 232-0441
Fax: (619) 232-4302
Attorney for Defendant REGIS CORPORATION, a Minnesota Corporation

(**X**)   **BY E-MAIL:** I hereby certify that this document was served by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

(**X**)   **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**EXECUTED** this document on October 25, 2010, at Los Angeles, California.

_____
Clara Lee